■ NAUD & ASSOCIATES, LTD., et al., Appellants, v NYNEX CORPORATION et al., Respondents. [608 NYS2d 860] —Appeal by the plaintiffs from an order of the Supreme Court, Nassau County (O'Brien, J.), dated September 17, 1991.

Ordered that the order is affirmed, with costs, for reasons stated by Justice O'Brien at the Supreme Court. Mangano, P. J., O'Brien, Pizzuto and Santucci, JJ., concur.